UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SANDRA HOFFMAN and ROY HOFFMAN,

                Plaintiffs,              05-CV 3438 (LDW)(MLO)

    -against-                        **STIPULATION OF**
                                                                   **DISCONTINUANCE**
EQUINOX HOLDINGS, INC.,

                Defendants.

----------------------------------------------------------X

        **WHEREAS** it appears that the named defendant in this action, EQUINOX HOLDINGS, INC, a foreign corporation, is not the proper defendant and that the proper defendant is Equinox Woodbury, Inc., a New York corporation that is a subsidiary of the defendant EQUINOX HOLDINGS, INC. and;

        **WHEREAS** there is no diversity of citizenship between the plaintiff and Equinox Woodbury, Inc.,

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to this action that this action be and hereby is discontinued on the following conditions.

        1- The plaintiff shall commence an action in Supreme Court, Nassau County (hereinafter referred to as "Nassau County Action") which make the same allegations against Equinox Woodbury, Inc. as were made against the defendant, EQUINOX HOLDINGS, INC. in this action

2- The attorneys for the defendant EQUINOX HOLDINGS, INC. in this action shall accept service of the summons and complaint and appear on behalf of Equinox Woodbury, Inc. in the Nassau County Action and will admit that Equinox Woodbury, Inc. operated the facility where the plaintiff was injured and owned the machine on which she was injured.

3. That all discovery conducted in connection with this action shall be deemed discovery in connection with the Nassau County Action.

Dated: New York, New York
October 26, 2006

PRONER & PRONER
By: _____
Tobi R. Salottolo
60 E. 42nd Street
New York, New York 10165
212-986-3030

BARRY, McTIERNAN & MOORE   10/30/06
By: _____
Joseph DiGregorio   (JD-8215)
2 Rector Street
New York, New York 10006
212-608-8999

_____
SO ORDERED